STURDIVANT v. MEMPHIS NAT. BANK.

(Circuit Court of Appeals, Fifth Circuit. February 27, 1894.)

No. 171.

In error to the Circuit Court of the United States for the Northern District of Mississippi.

E. Mayes, for plaintiff in error.

W. V. Sullivan, for defendant in error.

Before PARDEE and McCORMICK, Circuit Judges.

PARDEE, Circuit Judge. This case is, in all respects, identical with the case of Sturdivant v. Bank (No. 170; just decided), 60 Fed. 730, and is to be ruled the same way. The judgment of the circuit court is reversed, and the case remanded, with instructions to reinstate the fourth plea, award a new trial, and otherwise proceed according to the views announced by this court.